Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KEDRIC D. JACKSON, an individual, and JUDY HESTER, an individual,

Plaintiffs,

vs.

CITY OF SEATTLE, and SEATTLE POLICE DEPARTMENT, JOSEPH WOHLWIND, SGT. NATHAN PATTERSON, CHIEF CARMEN BEST, et al.,

Defendants.

No.   2:21-CV-00455-RSL

NOTICE OF SETTLEMENT

TO:   ALL PARTIES AND THEIR COUNSEL;

TO:   CLERK OF THE COURT:

NOTICE IS HEREBY GIVEN that all claims against all parties in this action have been resolved. Any trials or other hearings in this matter may be stricken from the court calendar. This notice is being filed with the consent of all parties.

If an order dismissing all claims against all parties is not entered within 45 days after the written notice of settlement is filed, or within 45 days after the scheduled trial date, whichever is

NOTICE OF SETTLEMENT - 1
(21-cv-00455 RSL)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

earlier, and if a certificate of settlement without dismissal is not filed as provided in LR 41(e)(3), the case may be dismissed on the Clerk's motion pursuant to LR 41(b)(2)(B).

DATED this 27th day of July, 2021.

| PETER S. HOLMES<br>Seattle City Attorney<br><br>By: */s/Erica R. Franklin*<br>　Erica R. Franklin, WSBA# 43477<br>　Assistant City Attorney<br>　E-mail:  erica.franklin@seattle.gov<br><br>*Attorney for Defendant City of Seattle* | PRO SE PLAINTIFFS<br><br>By: */s/ Kedric D. Jackson*<br>　Kedric D. Jackson<br>　E-mail: acmemovinglabor@gmail.com<br><br>By: */s/ Judy Hester*<br>　Judy Hester<br>　Email: Judy.acmemovinglabor@gmail.com<br><br>*Pro Se Plaintiffs* |

NOTICE OF SETTLEMENT - 2
(21-cv-00455 RSL)

**CERTIFICATE OF SERVICE**

I certify that on the 27th day of July, 2021, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| | |
|---|---|
| Kedric D. Jackson<br>839 1st Avenue North<br>Kent, WA 98032<br><br>*Pro Se Plaintiff* | (X)  Via Email<br>acmemovinglabor@gmail.com |
| Judy Hester<br>15102 14th Avenue Court East<br>Tacoma, WA 98445<br><br>*Pro Se Plaintiff* | (X)  Via Email<br>Judy.acmemovinglabor@gmail.com |

/s/Keton Handy
Keton Handy, Legal Assistant

NOTICE OF SETTLEMENT - 3
(21-cv-00455 RSL)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200